# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| *Plaintiff*, | * | **Case No. 1:22-cr-00310-APM-5** |
| **V.** | * | |
| **BILAAL BRIGGS, et al.,** | * | |
| *Defendants*. | * | |

## APPEARANCE OF COUNSEL

To the clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Bilaal Briggs.

Please note that I am currently in the process of changing my surname from "Zimmerl" to "Massey". I have submitted an "Application for Change of Name in Bar Record" to the D.C. Bar; however, as of this filing, my surname in the D.C. Bar record still appears as Zimmerl. Please do not hesitate to contact me if additional information is needed.

Date: November 30, 2022                    Respectfully submitted,

*/s/ Katherine Massey (Zimmerl)*
Katherine Massey (Zimmerl)
D.C. Bar No. 1601465
COBURN AND GREENBAUM, PLLC
1710 Rhode Island Ave., NW
Second Floor
Washington, D.C. 20036
Tel. (951) 529-0103
Fax (866) 561-9712
katherine@coburngreenbaum.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of November, 2022, I caused the foregoing to be filed via CM/ECF, which shall serve copies upon all counsel of record.


*/s/ Katherine Massey (Zimmerl)*
Katherine Massey (Zimmerl)